# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN GILL CARANCHINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-0464-CV-W-DGK |
| | ) | |
| KOZENY & MCCUBBIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered Plaintiff's Motion for Leave to File Second Supplement to Her Motion to Remand with Incorporated Supplement (Doc. 18), it is hereby

ORDERED that the motion is granted. The Defendants shall file any suggestions in opposition to Plaintiff's motion to remand on or before June 14, 2011.

                                        /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT

Dated: May 31, 2011