# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI AT KANSAS CITY

| | |
|---|---|
| GWENDOLYN GILL CARANCHINI, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO. 4:11-cv-00464-OGK |
| VS. | ) |
| KOZENY & MCCUBBIN, ET AL. | ) |
| DEFENDENTS. | ) |

## GGC'S REQUEST THAT THE TIME FOR HER TO REPLY TO DEFENDANT MERS/MERCORP'S OPPOSITION TO PLAINTIFF'S MOTION F OR REMAND (AND SUPPLEMENTS THERETO) BE EXTENDED UNTIL THIS COURT RULES PLAINTIFF'S MOTION FOR RECUSAL

Plaintiff has filed a Motion for Recusal in the above entitled matter. A response has been docketed for the defendants to reply (if they so choose) to that Motion for mid June. Plaintiff will then have an opportunity to reply to that brief making the matter ripe for ruling sometime in very late June or early July. The

rules provide that until the Motion for Recusal is ruled, this Court may not take any action on any other matter in the case. There is pending a Motion for Remand which has been filed with multiple supplements to Defendants' MERS/MERSCORP'S Removal. These defendants filed their response to the Motion to Remand this date. A response would therefore be due in approximately 12 days.

The undersigned believes that no response should be filed until the Motion for Recusal is ruled. Therefore, she asks this Court to permit GGC to file her response to this Opposition to the Motion for Remand after the recusal is ruled upon by this Court. If this Court does not agree with this position, the undersigned will of course follow this Court's order to file a response within the time provided, or a short time thereafter.

Additionally, plaintiff filed a motion for leave to file second amended supplement to the Motion for Remand; the defendants agreed to that request

but this Court has not granted leave as yet for the filing of that Second Supplement. Plaintiff respectfully requests this court enter an order permitting the second supplement to be filed so that defendants may reply thereto and the undersigned may reply to that reply.

Respectfully submitted,

_____
Gwen G. Caranchini, Pro Se

1203 W. 62nd Street

Kansas City, Missouri 64113

816.223.7178  gwencaranchini@sbcglobal.net

Certificate of Service

I hereby certify that the above document was filed at the United States District Court for the Western District of Missouri, and copies were served by email upon Staci Schorgly and Steve Aaron and Patrick Murphy this 31st day of May 2011.

_____
Gwen G. Caranchini