# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN GILL CARANCHINI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11-0464-CV-W-DGK |
| | ) |
| KOZENY & MCCUBBIN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Having considered Plaintiff's Request that the Time for Her to Reply to Defendant MERS/MERSCORP's Opposition to Plaintiff's Motion for Remand (and Supplements thereto) be Extended until this Court Rules on Plaintiff's Motion for Recusal (Doc. 24), it is hereby

ORDERED that the motion is denied. Plaintiff shall respond to the suggestions in opposition on or before June 17, 2011.

    /s/ Greg Kays
    GREG KAYS, JUDGE
    UNITED STATES DISTRICT COURT

Dated: June 1, 2011