# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN GILL CARANCHINI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:11-CV-00464-DGK |
| | ) |
| KOZENY & MCCUBBIN, LC et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS MERSCORP, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.'S OPPOSITION TO PLAINTIFF'S SECOND SUPPLEMENTAL MOTION FOR REMAND

Defendant, MERSCORP, Inc. and Mortgage Electronic Registration System, Inc. (collectively "MERS"), by and through its counsel of record, and for its response to Plaintiff's Second Supplemental Motion for Remand (Doc. 18) states and alleges as follows:

MERS' Opposition to Remand (Doc. 22) filed on May 31, 2011 responds to Plaintiff's Motion for Remand (Doc. 8) and Plaintiff's First and Second Supplemental Motion for Remand (Docs. 10 & 18). MERS hereby adopts and incorporates by reference each and every allegation, statement and argument contained in its Opposition to Remand.

Respectfully submitted,

HUSCH BLACKWELL LLP

By:/s/ Steven Martin Aaron
Steven Martin Aaron           MO #41653
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
steve.aaron@huschblackwell.com

And

/s/ JoAnn T. Sandifer
JoAnn T. Sandifer          MO # 38602
190 Carondelet Plaza, Suite 600
St. Louis, Missouri  63105
(314) 480-1500
(314) 480-1505 (FAX)
joann.sandifer@huschblackwell.com

*Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed by CM/ECF this 1st day of June, 2011, which sent electronic notification to:

Gwendolyn Gill Caranchini (via email only)
1203 W. 62nd Street
Kansas City, Missouri  64113
Pro Se Plaintiff
gwencaranchini@sbcglobal.net

Staci Olvera Schorgl
John T. Polhemus
Bryan Cave LLP
1200 Main Street, Suite 3500
Kansas City, Missouri  64105
soschorgl@bryancave.com
john.polhemus@bryancave.com

Attorneys for Defendants
Bank of America, N.A.,
BAC Home Loan Servicing, LP,
Citibank, N.A.

Patrick Murphy
Kozeny & McCubbin, LC
4220 Shawnee Mission Parkway, Suite 200B
Fairway, Kansas  66205
pmurphy@km-law.com

Attorneys for Kozeny & McCubbin, LC

Aegis Lending Corp. (via U.S. Mail only)
Via Registered Agent
CT Corporation
120 South Central Avenue
Clayton, Missouri 63105

                                                /s/ Steven Martin Aaron
                                                Attorney